*Neufville & Neufville,* for plaintiff.

*Robert C. & Philip H. Alston,* for defendant.

---

## 6774. SWEARENGEN *v.* THE STATE.

WADE, C. J. 1. The court did not err in refusing to instruct the jury to disregard certain statements made by counsel for the State, which amounted merely to deductions drawn from the evidence and were founded upon some facts in proof (*Morgan* v. *State*, 124 *Ga.* 442, 444, 52 S. E. 748), and in thereafter refusing to grant a mistrial based upon such refusal.

2. "The words 'final trial' in paragraph 10 of the declaration of rights (Civil Code of 1910, § 6366), providing that 'no person shall be compelled to pay costs except after conviction on final trial,' mean such trial in the court having original trial jurisdiction of the case as is the basis of the entry of judgment finally disposing of the action in such court, and do not apply to proceedings in an appellate court." *Swearengen* v. *State*, 146 *Ga.* 3 (90 S. E. 283).

3. It is conceded by the plaintiff in error that there was evidence to support the verdict of guilty; and, there being no special assignment of error except that referred to in the first paragraph above, the trial judge did not err in overruling the motion for a new trial.

*Judgment affirmed.*

DECIDED NOVEMBER 16, 1916.

Accusation of pointing pistol; from city court of Eastman—Judge Neese. June 14, 1915.

*J. H. Milner,* for plaintiff in error.

*J. H. Roberts, solicitor, D. D. Smith,* contra.